

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00165-CV

_____

IN RE EAGLERIDGE OPERATING, LLC, Relator

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 18-9622-431

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied as moot.

Per Curiam

Delivered: June 3, 2021